Jacob Seville and Another, Copartners, etc., Respondents, and Delish Co., Inc., Appellant.— Determination affirmed, with costs and disbursements to the plaintiffs against the defendant Delish Co., Inc.; and with costs and disbursements to the defendants Seville and Jonas against the plaintiffs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [129 Misc. 315; 131 id. 623.]

Howard O. Prosser, Respondent, v. Italian Vineyard Co., Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

John B. Marshall, as Executor, etc., of Matilda Harris, Deceased, Appellant, v. Franklin Society for Home Building and Savings, Defendant, Impleaded with Samaritan Hospital of Brooklyn, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [131 Misc. 611.]

Nathaniel J. Greene, Respondent, v. Maurice Forman and Others, Defendants, Impleaded with Wolf Forman, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Nicholas Catalano, an Infant, by Anthony Catalano, His Guardian ad Litem, Respondent, v. Felix Rozzo, Appellant, Impleaded, etc.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,150; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

The People of the State of New York, Respondent, v. Joseph Adornato, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

George A. Evalenko, Respondent, v. Frederick J. J. Stock, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Annie Weisberg, Appellant, v. Michael Angelo Elias, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Saldor Holding Co., Inc., Respondent, v. West 38th Street Realty Co., Inc., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Edmond E. Frisch, Respondent, v. J. Clarke Dulany and Another, Defendants, Impleaded with American Exchange Irving Trust Company, Sued as " John Doe " and " Richard Roe," the Last Names Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Paterno Construction Company, Respondent, v. Edward G. Steinert and